**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6607**

---

JERRY LEE THACKER,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; JAMES E. BRIGGS, Manager
of the Ombudsman Services Unit; P. L. HUFFMAN;
E. C. MORRIS, Director/Deputy Director; RICH-
ARD A. YOUNG, Regional Administrator, Western
Region I; K. A. POLINSKY, Member #1, ICC;
MEMBER #2, ICC, Illegible; MEMBER #3, ICC,
Illegible; ROSS E. BRUNN, Meeting Chairman,
ICC, Bland Correctional Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-231-R)

---

Submitted:  June 20, 1996              Decided:  July 2, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Lee Thacker, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thacker v. Angelone</u>, No. CA-96-231-R (W.D. Va. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>